```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                          :
STEVEN B. PATTERSON,                      :
                                          :   CASE NO. 1:14-CV-01132
        Plaintiff,                        :
                                          :
v.                                        :   OPINION & ORDER
                                          :   [Resolving Doc. 1]
CAROLYN W. COLVIN,                        :
ACTING COMMISSIONER OF SOCIAL             :
SECURITY,                                 :
                                          :
        Defendant.                        :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 12, 2015, Magistrate Judge White recommended that the Court reverse the Commissioner's denial of Plaintiff Steven Patterson's claim for a period of disability, disability insurance benefits, and supplemental security income, and remand this case for further proceedings.[1] Defendant Commissioner of Social Security has filed notice that it will not object to the Report and Recommendation ("R&R").[2]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which the parties have made an objection.[3] Absent objection, a district court may adopt the R&R without review.[4] Moreover, having conducted its own review of the complaint[5] and briefing,[6] the Court agrees with the conclusions in the R&R.

---

[1] Doc. 18.
[2] Doc. 21.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).
[5] Doc. 1.
[6] Doc. 15 (Plaintiff Patterson's brief); Doc. 17 (Commissioner's brief).

Case No. 1:14-CV-01132
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge White's Report and Recommendation and incorporates it fully herein by reference. The Court **REVERSES** the Commissioner's decision and **REMANDS** this case for further proceedings.

IT IS SO ORDERED.


Dated: August 4, 2015          s/ *James S. Gwin*
         JAMES S. GWIN
         UNITED STATES DISTRICT JUDGE